FILED
JUL 2 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> GLEN-GERY CORP. <br><br> Defendant. | 07CV4162 <br> JUDGE CASTILLO <br> MAG. JUDGE DENLOW <br><br> **COMPLAINT** <br> **JURY TRIAL DEMAND** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII") and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and retaliation and to provide appropriate relief to Charging Party Roy Ford ("Ford") who was adversely affected by such practices. Plaintiff Equal Employment Opportunity Commission ("EEOC" or "Commission") alleges that Glen-Gery Corp. ("Glen-Gery") subjected Ford to harassment on the basis of his race (Black). EEOC also alleges that Glen-Gery terminated Ford on account of his race and in retaliation for complaining about harassment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3), and § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The employment practices alleged to be unlawful were committed within the

jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. Section 2000e-5(f)(1) and (3).

4. At all times relevant, Defendant Glen-Gery has continuously been doing business in the Northern District of Illinois and has continuously had at least fifteen employees.

5. At all times relevant, Defendant Glen-Gery has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. Sections 2000(e)(b), (g) and (h).

## CONCILIATION

6. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with Title VII through informal methods of conciliation, conference and persuasion within the meaning of 42 U.S.C. ¶2000e-5(f)(1). EEOC was unable to secure a conciliation agreement acceptable to the Commission.

## STATEMENT OF CLAIMS

7. Since at least May 2001, Glen-Gery has engaged in unlawful employment practices in Marseilles, Illinois, in violation of Sections 701(k) and 703(a) of Title VII, 42 U.S.C. Sections 2000e(k) and 2(a). Such unlawful employment practices include racially harassing Ford, failing to correct the racially hostile work environment, and terminating Ford on account of

his race and in retaliation for complaining about harassment.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Ford of equal employment opportunities and otherwise adversely affect his status as an employee, because of his race and because he opposed discrimination.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of about in paragraph 7 were done with malice or with reckless indifference to the federally protected rights of Ford because of his race and/or because he opposed discrimination.

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of race and from engaging in any retaliation for opposing discrimination or for participating in any manner in any investigation, proceeding, or litigation under Title VII.

B. Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals regardless of their race, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Ford by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including reinstatement.

D. Order Defendant to make whole Ford by providing compensation for past and future pecuniary losses resulting from the unlawful practices described in paragraph 7 above, in amounts to be determined at trial.

E. Order Defendant to make whole Ford by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices of complained of in paragraph 7 above, including emotional pain, inconvenience and humiliation, in amounts to be determined at trial.

F. Order Defendant to pay to Ford punitive damages for its malicious and reckless conduct described in paragraph 7 above, in an amount to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest, and

H. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

Ronald S. Cooper
General Counsel

James Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

*[signature]*
John C. Hendrickson
Regional Attorney

*[signature]*
Gregory M. Gochanour
Supervisory Trial Attorney

*[signature]*
Laurie S. Elkin
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Chicago District Office
500 West Madison Street
Suite 2800
Chicago, IL 60661
(312) 353-7726